**Order filed July 19, 2018**



# In The

# Eleventh Court of Appeals

_____

## No. 11-18-00100-CV

_____

## IN THE INTEREST OF J.W., A CHILD

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. FM08817**

## O R D E R

In this accelerated parental-termination appeal, the mother's court-appointed trial counsel filed a notice of appeal on the mother's behalf. The trial court subsequently granted trial counsel's motion to withdraw and appointed Brittany Scaramucci to represent the mother in this appeal. We abated this appeal on June 21, 2018, based upon Scaramucci's failure to file a docketing statement or a brief despite the directives of this court. At that time, we directed the trial court to conduct a hearing to determine whether the mother wished to prosecute this appeal and, if so, whether new counsel should be appointed in Scaramucci's stead. The trial court did so, and this case was reinstated. We now abate the appeal again.

At the hearing, Scaramucci informed the trial court that she would file her client's brief by July 11, 2018, and the trial court ordered Scaramucci to do so. The trial court did not replace Scaramucci with other appellate counsel due to the additional delay that could cause.[1] However, Scaramucci did not comply with the trial court's order and, as of this date, she still has not filed a brief in this appeal. Therefore, we abate this appeal and now direct the trial court to appoint new counsel to represent the mother in this appeal. The district clerk is directed to immediately file a supplemental clerk's record in this court containing any order entered by the trial court with respect to the appointment of counsel. When the supplemental record is filed, the appeal will be reinstated.

The appeal is abated.

PER CURIAM

July 19, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[2]

---

[1]We note that this appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition by October 9, 2018, which is 180 days after the notice of appeal was filed in this case. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2